Roy C. Goodwin, Appellant, v. F. W. Warder et al., Defendants, and Geneva Printing Company, Inc., Defendant-Respondent.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Abraham Kerner, Respondent, v. Mutual Life Insurance Company of New York, Appellant, and Rachel Kerner, Impleaded Defendant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

Walter P. Kelley, Respondent, v. Earl V. Sleight, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

Anna Cavaretta, as Administratrix of the Estate of Thomas. Cavaretta, Deceased, Respondent, v. Continental Industrial Engineers, Inc., Appellant, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

Glenwood Cemetery Association, Appellant, v. Shaeffer Brothers Company, Inc., Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

The People of the State of New York ex rel. Lewis Rabinowitz, Appellant, against Joseph Brophy, as Warden of Auburn State Prison, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.